UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Tambriz Tzep,<br><br>       Petitioner,<br><br>   -against-<br><br>Kenneth Genalo et al.,<br><br>       Respondents. | 26-CV-453 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Respondents are ordered to file their response to the pending petition for habeas corpus by **January 26, 2026** at **5:00 PM**. That briefing should address (1) the basis for petitioner's detention, (2) the circumstances of the arrest, (3) whether petitioner has previously been detained in immigration custody, (4) what process petitioner was given, and (5) depending on the basis for detention, whether it is distinguishable from the issue addressed in the Court's prior ruling in *J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025). Petitioner may submit a reply by **January 29, 2026** at **5:00 PM**.

  SO ORDERED.

Dated: January 20, 2026
    New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge