UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MANUEL TAMBRIZ ITZEP
        *Petitioner*,

v.

KENNETH GENALO, et al.,
        *Respondents.*

Case No. 2:26-cv-00789-BRM

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner M.M., through undersigned counsel, hereby gives notice that the above-captioned case is voluntarily dismissed, without prejudice.

Brooklyn, NY
February 6, 2026

SO ORDERED:
_____
BRIAN R. MARTINOTTI, USDJ
DATED: FEB. 9, 2026

Respectfully submitted,

/s/ Ilana Herr
Ilana Herr (NJ Bar No. 48832021)
Brooklyn Defender Services
177 Livingston St, 7th Floor
Brooklyn, NY 11201
E: iherr@bds.org
T: (917) 336-1559

*Counsel for Petitioner*